IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

       v.

                                 :           CRIMINAL ACTION
ELIZABETH MULGREW;                            NO. 12-462
LORRAINE DISPALDO: and
ELIZABETH MULGREW          :
           Defendants.

## ORDER

AND NOW, this 21ˢᵗ day of June, 2013, trial in this matter having been scheduled to commence with jury selection on **Monday, September 16, 2013**, it is hereby ORDERED as follows:

1.     On or before **August 19, 2013**, each party shall file with the court the following in preparation for trial:

     a.    PRETRIAL MEMORANDUM: The pretrial memorandum shall set forth:

          (i)     a brief statement of the nature of the case to be presented and the issues to be addressed;

          (ii)    a list of all witnesses to appear at trial[1] with a brief statement of the nature of each witness's anticipated testimony (witnesses not listed may not be called in a party's case in chief);

          (iii)   a list of all exhibits to be offered at trial (pre-numbered and pre-exchanged among all counsel);

---

[1] In the event that any witness shall be in custody at the time of trial, the party seeking to call such witness shall timely provide the court with such witness's current place of confinement and institutional numbers, and such party shall be responsible for preparing and submitting a writ to secure the presence of such witness on the trial date.

(iv)    a list of stipulations between the parties, and a list of disputed and undisputed facts (counsel shall make a conscientious effort to narrow the factual areas of dispute); and,

(v)    an estimation as to the time for presentation of each party's case.

b.    <u>POINTS FOR CHARGE</u>: After meeting and conferring, the parties shall **jointly** submit proposed points for charge upon which the parties have agreed, and shall individually submit any disputed points for charge accompanied by a reference to the single best authority supporting the disputed point.[2]

c.    <u>JURY VOIR DIRE AND VERDICT SHEET</u>: After meeting and conferring, the parties shall **jointly** submit: (i) proposed jury voir dire questions upon which the parties have agreed (each party shall individually submit proposed jury voir dire questions upon which the parties cannot agree); and (ii) a proposed jury verdict sheet if the parties have agreed upon one (the parties shall individually submit proposed jury verdict sheets if one has not been agreed upon).

2.    Counsel shall appear in Chambers on **Wednesday, September 9, 2013** at **2:00 p.m.** for a final pretrial conference.

BY THE COURT:

_____
C. Darnell Jones, II      J.

---

[2] The parties may file supplemental proposed jury instructions after all the evidence has been presented at trial.