IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION<br>NO. 12-462-1 |
| v. | : | CIVIL ACTION<br>NO. 15-4723 |
| ROBERT MULGREW<br>    Petitioner. | : | |

## ORDER

AND NOW, this 12th day of August, 2016, it is hereby ORDERED that upon consideration of Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255 (Doc. No. 122), all supplemental filings related thereto (Doc. Nos. 123, 124, 126, 133 and 134), and the government's Response (Doc. No. 128), it is hereby ORDERED that said Motion is DENIED in its entirety.

It is further ORDERED that there exists no basis for issuance of a Certificate of Appealability.

BY THE COURT:


/s/  C. Darnell Jones, II     J.